UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 13-253 |
| VERSUS | * | JUDGE FOOTE |
| LUTRICIA FEAST | * | MAG. JUDGE HANNA |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, LUTRICIA FEAST, and adjudges her guilty of the offenses charged in Counts One and Two of the Bill of Information.

IT IS FURTHER ORDERED that this matter will be set for sentencing, at the court's earliest, available setting.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 22 day of January, 2014.

                                                                   ELIZABETH E. FOOTE
                                                                    UNITED STATES DISTRICT JUDGE